In the Matter of VASILOS STYLIANIDIS and Others against BOARD OF STANDARDS AND APPEALS, etc., and Others, and FLOSTRAND REALTIES, INC., etc., Appearing Specially.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal and appellants' points to be filed so that the appeal can be argued on or before the 10th day of May, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

A. CAFIERO v. MUNSON STEAMSHIP LINE.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BURNEE CORPORATION v. UNEEDA PURE ORANGE DRINK CO., INC., and Others. — Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

S. D. T. LUNCH CORPORATION v. JOSEPH BERG and Another.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HENRY F. FISCHBACH v. CRANLEIGH, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CLEOPATRA COMAS v. EQUITABLE SURETY COMPANY. NICK COMAS v. EQUITABLE SURETY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ALDEN H. EDELMAN v. WHITE STAR COAL CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MEYER & BROWN, INC., v. LANCASTER SHIPPING CO., LTD.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HYMAN GRABSKY, Trading, etc., v. ROBERT LIBOW and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SAM NISSENBAUM v. METROPOLITAN LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

UNITED CIGAR STORES COMPANY OF AMERICA v. JOHN F. O'BEIRNE and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MORTIMER L. JACKSON, Doing Business, etc., v. FULTON BINDERY, INC.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EUSTACCHIO FRASCATI v. JOHN LAPERFIDO.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

H. FALLER & Co., INC., and Another v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy and Proskauer, JJ.